IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL LEE LEDBETTER,**
**#819802,**

        **Plaintiff,**

v.

**NURSES,** *et al.***,**

        **Defendants.**

Case No. 22-cv-01887-SPM

## ORDER OF DISMISSAL

**MCGLYNN, District Judge:**

    Plaintiff Michael Lee Ledbetter, who is currently being held at Chester Mental Health Center ("CMHC"), filed this lawsuit alleging that he has been verbally and physically abused at CMHC.

    On October 24, 2022, the Court conducted a review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). (Doc. 16). The Court dismissed the Complaint for failure to state a claim, vacated that order allowing Plaintiff to proceed *in forma pauperis* ("IFP"), and revoked Plaintiff's IFP status. (*Id.*). Plaintiff was directed to file an amended complaint or a notice of voluntary dismissal. If he chose to file an amended complaint, the filing fee of $402.00 remained due and payable. Plaintiff was advised that he may, however, renew his request to proceed IFP. (*Id.*). On November 21, 2022, Plaintiff filed an amended complaint but did not pay the filing fee or file a motion to proceed IFP. (Doc. 17). The Court again directed Plaintiff to pay the filing fee of $402.00 or renew his request to proceed IFP by December 14, 2022. Plaintiff was warned that failure to pay the filing fee or submit an IFP motion by the deadline would result in dismissal of this case. Five days later, the Court received another amended complaint, identical to the one previously filed. (Doc. 19).

    To date, Plaintiff has failed to pay the filing fee or renewed his request to proceed IFP. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an order of this

Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk of Court is **DIRECTED** to enter judgment and close this case.

    **IT IS SO ORDERED.**

    **DATED:**   December 28, 2022

    *s/Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**United States District Judge**